# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Donna Mae Brown, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00046-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin et al, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 31, 2016 Order.

March 31, 2016

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court